UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-03105-GW (SK) | Date | October 6, 2023 |
|---|---|---|---|
| Title | Jonatan Perez v. J. Engleman | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING EVIDENTIARY HEARING ON PETITION**

The court sets this matter for an evidentiary hearing at **10 AM on November 29, 2023**, in Courtroom 540 of the Roybal Federal Building and United States Courthouse. Meanwhile, respondent's supplemental answer remains due no later than October 27, 2023. However, lead counsel for the parties are further ordered to meet and confer by telephone or video (not solely in writing) to discuss potential settlement of this matter by no later than October 25, 2023, and to file a status report on potential settlement by no later than October 27, 2023. If a settlement is reached, the parties may file a stipulation and proposed order dismissing the petition pursuant to that settlement, in lieu of respondent's supplemental answer, by October 27, 2023. If no settlement is reached, the court will order other filings, set related deadlines, and provide pertinent instructions in advance of the scheduled November 29 evidentiary hearing after it has reviewed all the papers. The court reserves the right, in any event, to vacate the evidentiary hearing and decide the matter on the papers.

IT IS SO ORDERED.