# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATAN PEREZ,<br><br>          Petitioner,<br><br>     v.<br><br>J. ENGLEMAN, Warden,<br><br>          Respondent. | Case No. 2:23-cv-03105-GW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

      In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny Habeas Petition (ECF 24), petitioner's timely Objections to the R&R (ECF 26), respondent's timely Response to the Objections (ECF 31), and any pertinent records as needed. The Court has reviewed de novo only those identifiable portions of the R&R to which petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      [*Optional*: In doing so, the Court has declined to consider any arguments raised for the first time only in the objections. *See United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000). It has also declined to consider objections that merely repeat the same substance of arguments fully addressed but rejected in the R&R. *See Trejo Perez v. Madden*, 2020 WL 1154807, at *1 (E.D. Cal. Mar. 10, 2020) (objections that "merely repeat[] the same arguments . . . considered and found to be insufficient" require no review since they "do not meaningfully dispute the magistrate

judge's findings and recommendations"); *Hagberg v. Astrue*, 2009 WL 3386595, at *1 (D. Mont. Oct. 14, 2009) ("Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case."). Finally, the Court has declined to consider any blanket or boilerplate objection to the final disposition recommended in the R&R. *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).]

Concluding that nothing in petitioner's Objections affects the material findings and conclusions in the R&R, the Court accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED for the reasons stated in the R&R. Judgment dismissing this action with prejudice will be entered accordingly.

IT IS SO ORDERED.

DATED: June 17, 2024

GEORGE H. WU
United States District Judge