JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATAN PEREZ,<br><br>    Petitioner,<br><br>  v.<br><br>J. ENGLEMAN, Warden,<br><br>    Respondent. | Case No. 2:23-cv-03105-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied and that this action is dismissed with prejudice.

DATED: June 17, 2024

_____
GEORGE H. WU
United States District Judge