# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Jonatan Perez,<br><br>    Petitioner,<br><br>v.<br><br>J. Engleman, Warden<br><br>    Respondent | No. CV 23-03105-GW-SK<br><br>**Order & Final Judgment** |

On appeal in this case, the Ninth Circuit ordered the Bureau of Prisons (BOP) to reinstate Perez's good-time credits effective immediately. *See Perez v. Engleman*, 24-4058 (2024). BOP has complied with that order, restored Petitioner Jonatan Perez's good-time credits, expunged the incident report, and released Perez.

Having obtained the relief sought, nothing further remains for this Court, and the case is **DISMISSED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

Date: January 2, 2025

_____
**HON. GEORGE H. WU,**
United States District Judge